John Du Wors, State Bar No. 233913
john@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone:  (206) 274-2800
Facsimile:   (206) 274-2801

Leeor Neta, State Bar No. 233454
leeor@newmanlaw.com
NEWMAN DU WORS LLP
150 California Street, Suite 2100
San Francisco, CA 94111
Telephone:  (415) 944-5422
Facsimile:   (415) 944-5423

Attorneys for Defendants
Bio Trust Nutrition LLC and Joel Marion

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| WILLIAM SILVERSTEIN, <br><br> Plaintiff, <br><br> v. <br><br> BIOTRUST NUTRITION LLC, JOEL MARION, MICHAEL PERSAUD, and DOES 1-50 inclusive, <br><br> Defendants. | No. **CV13-08041** -CAS (MRWx) <br><br> **DECLARATION OF LEEOR NETA IN SUPPORT OF NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441(B) (DIVERSITY)** |

I, Leeor Neta, declare as follows:

1.     I am an attorney with Newman Du Wors LLP, counsel for Defendants BioTrust Nutrition LLC and Joel Marion. I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

2.     I have had multiple conversations with Plaintiff William Silverstein regarding the basis for his claim that my clients hired Michael Persaud to send unsolicited commercial email messages on their behalf. Plaintiff has refused to provide any evidence supporting this claim. I am convinced that Plaintiff fraudulently joined Michael Persaud for the sole purpose of defeating diversity and avoiding binding Ninth Circuit authority that his claims are preempted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of October 2013 in San Francisco, California.

_____
Leeor Neta