John Du Wors, State Bar No. 233913
john@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Leeor Neta, State Bar No. 233454
leeor@newmanlaw.com
NEWMAN DU WORS LLP
150 California Street, Suite 2100
San Francisco, CA 94111
Telephone: (415) 944-5422
Facsimile: (415) 944-5423

Attorneys for Defendants
Bio Trust Nutrition LLC and Joel Marion

FILED
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
2013 OCT 31 AM 10:51
BY ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM SILVERSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>BIOTRUST NUTRITION LLC, JOEL MARION, MICHAEL PERSAUD, and DOES 1-50 inclusive,<br><br>Defendants. | No. CV13-08041-CAS (MRWx)<br><br>**DECLARATION OF JOEL MARION IN SUPPORT OF NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441(B) (DIVERSITY)** |

I, Joel Marion, am competent to state and declare the following based on my personal knowledge:

1. I am one of two members of BioTrust Nutrition LLC.

2. I have reviewed the emails that BioTrust has allegedly sent to Plaintiff advertising its products. There are over 75 emails at issue.

3. Neither I nor BioTrust ever hired Michael Persaud to send email advertising BioTrust's products. I had never heard of Michael Persaud prior to the filing of this lawsuit.

4. I have not been served in the state court action. Less than 30 days ago, I first received a copy of the entry of dismissal with prejudice against in-state defendants Intelligent Beauty and DermStore.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of October 2013 in St. Petersburg, Florida.

*[signature]*

Joel Marion