RETURN TO CUSTOMER

John Du Wors, State Bar No. 233913
john@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Leeor Neta, State Bar No. 233454
leeor@newmanlaw.com
NEWMAN DU WORS LLP
150 California Street, Suite 2100
San Francisco, CA 94111
Telephone: (415) 944-5422
Facsimile: (415) 944-5423

Attorneys for Defendants
Bio Trust Nutrition LLC and Joel Marion

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| WILLIAM SILVERSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>BIOTRUST NUTRITION LLC, JOEL MARION, MICHAEL PERSAUD, and DOES 1-50 inclusive,<br><br>Defendants. | No. CV13-08041-(MRWx)<br><br>**DECLARATION OF JOHN DU WORS IN SUPPORT OF NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441(B) (DIVERSITY)** |

1
DU WORS DECLARATION

I, John Du Wors, declare as follows:

1. I am an attorney with Newman Du Wors LLP, counsel for Defendants BioTrust Nutrition LLC and Joel Marion. I have personal knowledge of the facts set forth in this declaration and could and would competently testify to them under oath if called as a witness.

2. I have litigated against Plaintiff William Silverstein in previous similar cases. His standard practice is to substitute counsel at some point during litigation in order to take advantage of the statutory fee award.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of October 2013 in San Francisco, California.

_____
John Du Wors