John Du Wors, State Bar No. 233913
john@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone:  (206) 274-2800
Facsimile:   (206) 274-2801

Leeor Neta, State Bar No. 233454
leeor@newmanlaw.com
NEWMAN DU WORS LLP
150 California Street, Suite 2100
San Francisco, CA 94111
Telephone:  (415) 944-5424
Facsimile:   (415) 944-5423

Attorneys for Defendants
BioTrust Nutrition LLC and Joel Marion

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| WILLIAM SILVERSTEIN,<br><br>Plaintiff,<br><br>v.<br><br>BIOTRUST NUTRITION LLC, a Texas limited liability company, JOEL MARION, an individual, MICHAEL PERSAUD, an individual, and DOES 1-50,<br><br>Defendants. | No. 13-08041-RGK-Ex<br><br>**MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FED. R. CIV. P. 12(B)(6)**<br><br>The Honorable R. Gary Klausner<br>Hearing Date:  December 9, 2013<br>Time: 9:00 a.m.<br>Location: Courtroom 850 |

TO PLAINTIFF WILLIAM SILVERSTEIN IN PRO PER:

PLEASE TAKE NOTICE that on Monday, December 9, 2013, or as soon thereafter as the matter may be heard in the above-titled Court, located at the Edward R. Roybal Courthouse of the Central District of California, Courtroom 850, 255 East Temple Street, Los Angeles, CA 90012-3332, in the courtroom of the Honorable R. Gary Klausner, Defendant BioTrust Nutrition LLC will move the Court to dismiss the action pursuant to Fed. R. Civ. P. 12(b)(6) because the complaint fails to state a claim upon which relief can be granted, on two grounds:

1. The federal CAN-SPAM Act of 2003 (15 U.S.C. § 7701, et seq.) preempts all claims brought under Cal. Bus. & Prof. Code § 17529.5 that lack evidence of reliance or actual damages and thus do not sound in tort.
2. Plaintiff William Silverstein has failed to identify a cognizable theory or allege sufficient facts to support the legal theories underlying his Section 17529.5 claims.

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and the pleadings and papers filed herein.

Respectfully submitted this 7th day of November 2013.

**NEWMAN DU WORS LLP**

_____
John Du Wors (State Bar No. 233913)
Leeor Neta (State Bar No. 233454)

Attorneys for Defendants
BioTrust Nutrition LLC and Joel Marion