NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
William Silverstein
3540 Wilshire Blvd. Suite 1205
Los Angeles, CA 90010

ATTORNEY(S) FOR: Plaintiff in pro per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Silverstein<br><br>Plaintiff(s),<br>v.<br>Bio Trust Nutrition, et al.<br><br>Defendant(s) | CASE NUMBER:<br>13-CV-08041-RGK (Ex)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____William Silverstein_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| William Silverstein | Plaintiff |
| Bio Trust Nutrition, LLC | Defendant |
| Joel Marion | Defendant |
| Adconion Media, Inc. | Defendant |

November 17, 2013
Date

Signature

Attorney of record for (or name of party appearing in pro per):
William Silverstein